**Order entered February 19, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01613-CR

**MICHAEL DEE CAVE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-59553-H**

## ORDER

The clerk's and reporter's records have been filed in this appeal. The clerk's record contains the trial court's certification showing appellant has the right to appeal. Appellant was represented by court-appointed counsel at trial, but filed a pro se notice of appeal. Nothing in the clerk's record reflects new counsel was appointed to represent appellant on appeal, and the Court has before it appellant's pro se motion to appoint counsel. We **GRANT** appellant's motion as follows.

We **ORDER** the trial court to determine whether appellant is indigent and entitled to court-appointed counsel. If the trial court finds that appellant is indigent, we **ORDER** the trial court to appoint counsel to represent appellant in this appeal.

If the trial court finds that appellant is not indigent, the trial court shall determine whether appellant has retained counsel to represent him on appeal. If the trial court finds appellant has retained counsel, the trial court shall make a finding as to the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this or when the findings are received.

/s/ LANA MYERS
   JUSTICE